# EXHIBIT B

# Docket for Index #156687/2026, as of June 4, 2026, 1:30 p.m.

NYSCEF

New York County Supreme Court

**Document List**

**Index #   156687/2026**

Created on:06/04/2026 01:30 PM

Case Caption:   **JANE DOE 1 et al v. FREDERIC FEKKAI et al**

Judge Name:   **Verna L. Saunders**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT<br>SUMMONS AND COMPLAINT | Processed | 05/27/2026 | Merson, J. |
| 2 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED) (Motion #001)<br>Order to Show Cause | Processed | 05/27/2026 | Merson, J. |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Affirmation of Jennifer C Plotkin, Esq in Support of Order to Show Cause with Temporary Restraining | Processed | 05/27/2026 | Merson, J. |
| 4 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 05/27/2026 | Merson, J. |
| 5 | ADDENDUM - GENERAL (840A) | Processed | 05/27/2026 | Merson, J. |
| 6 | ORDER TO SHOW CAUSE (Motion #001)<br>Signed | Processed | 05/29/2026 | Court User |
| 7 | ORDER TO SHOW CAUSE (Motion #001)<br>Signed | Processed | 05/29/2026 | Court User |

# Doc. No. 2: ORDER TO SHOW CAUSE - ACCOMPANYINGCOMMENCEMENT DOC(S) (PROPOSED) (Motion#001)

PRESENT: HON. _____
Justice of the Supreme Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

--------------------------------------------------------------------X

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE
DOE 4, and JANE DOE 5,

Index No. _____ /2026

Plaintiffs,

ORDER TO SHOW CAUSE

-against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO,
LLC, FREDERIC FEKKAI NEW YORK, LLC,
FREDERIC FEKKAI NY II, LLC, FREDERIC
FEKKAI (MARK NY), LLC, and FEKKAI RETAIL,
LLC,

Defendants.

--------------------------------------------------------------------X

**UPON** reading the Summons with Notice/Summons and Complaint in this action, dated ~~May 27~~, 2026, the Affidavit/Affirmation in Support of **JENNIFER C. PLOTKIN, ESQ.** of **MERSON LAW, PLLC**'s motion to assign an index number to this matter with the above caption to the parties and their respective counsel.

**LET** the Plaintiffs **SHOW CAUSE** before this Court, at Part _____ of the Supreme Court of the State of New York, County of New York, at the Courthouse located at 60 Centre Street, New York, NY 10007, on the _____ the day of _____, 2026, at _____

a.m./p.m., or as soon as counsel may be hard, why an Order should not be entered in this proceeding:

That the County Clerk enter the above-entitled proceeding in the current minute books and indices of actions and proceedings maintained in his office under the title of "**JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5 v. FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC**", and it is

ORDERED that, pending the hearing of this motion BEFORE THE JUSTICE TO BE ASSIGNED, the Clerk of this Court, upon payment of the proper fees, is hereby directed to assign an index number to this proceeding, and to accept for filing a Request for Judicial Intervention ("RJI"), bearing the following caption, namely:

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-----------------------------------------------------------------------X
**JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,**

*Plaintiffs,*

-against-

**FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC,**

*Defendants.*

-----------------------------------------------------------------------X

and it is further

**ORDERED** that, personal service of a copy of this Order to Show Cause together with the papers upon which it is based and the Summons with Notice/Summons and Complaint be served upon _____ on or before the _____ day of _____, 2026.

ENTER:

_____
J.S.C.

# Doc. No. 3: AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/ EXPARTE APP

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------------------------------------X

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, | Index No. ___ /2026 |

*Plaintiffs,*

-against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC,

**AFFIRMATION OF JENNIFER C. PLOTKIN, ESQ. IN SUPPORT OF ORDER TO SHOW CAUSE WITH TEMPORARY <u>RESTRAINING ORDER</u>**

*Defendants.*
-------------------------------------------------------------------X

JENNIFER C. PLOTKIN, ESQ., as an attorney duly licensed to practice law before the Courts in the State of New York hereby affirms under the penalties of perjury, as follows:

1.	I am attorney of the law firm of MERSON LAW, PLLC, attorneys for the plaintiffs herein, and I am fully familiar with the above-captioned matter and the proceedings had herein by virtue of the file maintained in our office.

2.	Plaintiffs submit this affirmation in support of Plaintiffs' application for an order directing Plaintiffs to proceed under, and be referred to in all papers, by the pseudonyms "JANE DOE [1-5]".

3.	Plaintiffs will submit to this Court unredacted affidavits from Plaintiffs under separate cover per the Court's instructions.

4.	Plaintiffs are women who were sexually abused by Epstein as enabled by defendants **FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI**

**NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC**.

5.      Plaintiffs seek damages for physical and emotional injuries and injunctive relief on claims in this action all stemming from the above-mentioned Defendants' gender-motivated violence. Plaintiffs seek to prosecute said claims without publicly disclosing Plaintiffs' identity as victims of gender-motivated violence because this matter involves highly sensitive information. Plaintiffs already experienced significant pain, shock, shame and embarrassment due to the mental impact of the gender-motivated violence that Plaintiffs endured, and the herein action poses risk of retaliatory harm and further harm to the plaintiffs.

## PLAINTIFFS' PRIVACY INTEREST OUTWEIGHS THE PRESUMPTION OF OPEN JUDICIAL PROCEEDINGS

6.      New York courts have long recognized the opportunity for victims of sexual abuse to proceed with anonymity due to the victim's strong interest in preserving their identity from publicly filed documents under Civil Rights Law § 50-b(1). Courts must use its discretion in balancing plaintiffs' privacy interest against the presumption in favor of open trials and against any potential prejudice against the defendants. Twersky v. Yeshiva Univ., 201 A.D.3d 559, 560 (1st Dept. 2022) see also Doe v. N.Y. Univ., 6 Misc. 3d 866, 879 (Sup. Ct. 2004). Furthermore, the plaintiffs seeking to employ a pseudonym must provide facts specific to the plaintiffs that will allow the court to exercise its discretion in an informed manner. Twersky, 201 A.D.3d at 560. Some factors that a court should consider include:

> "1) whether the plaintiff is challenging governmental activity or an individual's actions, 2) whether the plaintiff's action requires disclosure of information of the utmost intimacy, 3) whether identification would put the plaintiff at risk of suffering physical or mental injury, 4) whether the defendant would be prejudiced by allowing the plaintiff to proceed anonymously, and 5) the public interest in guaranteeing open access to

> proceedings without denying litigants access to the justice system. . . .
> Related to the third factor is the concern 'whether identification poses a
> risk of retaliatory physical or mental harm to the requesting party or
> even more critically, to innocent non-parties . . .'

PB-7 Doe v. Amherst Cent. Sch. Dist., 196 A.D.3d 9, 13 (4th Dept. 2021) quoting Doe No. 2 v.

Kolko, 242 F.R.D. 193, 195 (E.D.N.Y. 2006).

7.      In Doe, the court recognized the intention of New York's legislature to preserve the

identity of sexual abuse victims by noting that victims have the right to expect that sexual

violations will not be compounded by further invasion of their privacy. 6 Misc. 3d at 880. The

Court went on to state that the Governor's Task Force on Rape and Sexual Assault reports that

sexual abuse incidents are underreported due to privacy concerns. Id.

8.      Applying the factors to this matter establishes that Plaintiffs' interest in privacy

outweighs the presumption of open judicial proceedings. First, Plaintiffs are challenging private

actors. There is no government actor involved, relieving the need to inform the public of possible

wrongdoing by the government.

9.      Second, the disclosure of the horrifying sexual violations suffered by the victims

through the conduct of Jeffrey Epstein, as enabled by Defendants, is of the utmost intimacy.

Denying Plaintiffs the very right of privacy intended to be given to them by New York's legislature

would certainly compound the violations they each have suffered from.

10.     Third, identification of Plaintiffs would subject Plaintiffs to further harm.

Professional repercussions may limit Plaintiffs from advancing their professional careers by

having their names associated with public documents relating to sexual misconduct and grooming.

Additionally, Plaintiffs run the never-ending risk of retaliation by one or all of the defendants.

11.     Fourth, Defendants would not be prejudiced by allowing Plaintiffs to remain

anonymous in this proceeding. Defendants are all familiar with the identities of Plaintiffs given

that each Plaintiff has met defendant FREDERIC FEKKAI and spent time with him and at his hair salons.

12.     Lastly, the public interest of open judicial proceedings is limited in this action. Plaintiffs are not challenging a public entity which would presume a greater need for the identity of Plaintiffs to be disclosed.

13.     In light of New York courts accepted practice of permitting individuals that are victims of sexual offenses to proceed anonymously, and the clear policy of the State of New York to protect the confidentiality of said information, Plaintiffs, through Plaintiffs' attorney, respectfully requests that they be allowed the use of a pseudonym in this action.

14.     Plaintiffs further request that this Court issue an Order temporarily restraining Defendants from disclosing Plaintiffs' names or personal information to the public. Indeed, New York Civil Rights Law § 50-b explicitly requires that victims of sexual assault have a right to not be personally identified. See N.Y. Civ. Rights § 50-b(1). As such, denying Plaintiffs' request here would violate such statute.

15.     No prior application has been made for relief requested herein.

**WHEREFORE**, it is respectfully requested that Plaintiffs' Order to Show Cause be granted in its entirety, together with such other relief as this Court deems just and proper.

Dated: New York, New York
      May 27, 2026

                                     **MERSON LAW, PLLC**

                              By: */s/ Jennifer C. Plotkin, Esq.*
                                  Jordan K. Merson, Esq.
                                  Jennifer C. Plotkin, Esq.
                                  Noah M. Werksman, Esq.
                                  *Attorneys for Plaintiffs*
                                  950 Third Avenue, 18th Floor
                                  New York, New York 10022
                                  Telephone: (212) 603-9100

# Doc. No. 4: RJI-RE: ORDER TO SHOW CAUSE



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

### Supreme COURT, COUNTY OF New York

Index No: _____        Date Index Issued: _____

| | For Court Use Only: |
|---|---|
| | **IAS Entry Date** |

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5

Plaintiff(s)/Petitioner(s)

**Judge Assigned**

-against-

FEDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC,, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC

Defendant(s)/Respondent(s)

**RJI Filed Date**

**NATURE OF ACTION OR PROCEEDING:**    Check only one box and specify where indicated.

**COMMERCIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**TORTS**
- ☐ Asbestos
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☐ Other Negligence (specify): _____
- ☐ Other Professional Malpractice (specify): _____
- ☒ Other Tort (specify): GMVA

**MATRIMONIAL**
- ☐ Contested

    *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum (UCS-840M).*

    *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**REAL PROPERTY**    Specify how many properties the application includes: _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):  ☐ Residential    ☐ Commercial

    Property Address: _____

    *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*

- ☐ Partition

    *NOTE: Complete and attach the PARTITION RJI ADDENDUM (UCS-840P).*

- ☐ Tax Certiorari (specify):  Section: _____  Block: _____  Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution    [see *NOTE* in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

**SPECIAL PROCEEDINGS**
- ☐ Child-Parent Security Act (specify): ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration    [see *NOTE* in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement (specify):  ☐ Initial  ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |  |
|---|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: | 05/27/2026 |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: | _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: | _____ |

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.
- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ☐ Notice of Motion    Relief Requested: _____    Return Date: _____
- ☐ Notice of Petition    Relief Requested: _____    Return Date: _____
- ☒ Order to Show Cause    Relief Requested: Injunction/Restraining Order    Return Date: _____
- ☐ Other Ex Parte Application    Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Waiver of Court Costs, Fees and Expenses
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

## RELATED CASES

List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTIES

For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: JANE DOE 1<br><br>Role(s): Plaintiff/Petitioner | Jordan Merson, Merson Law, PLLC, 950 Third Avenue 18th Floor, New York, NY  10022, 212-603-9100, jmerson@mersonlaw.com | ☒ YES  ☐ NO | |
| ☐ | Name: JANE DOE 2<br><br>Role(s): Plaintiff/Petitioner | Jordan Merson, Merson Law, PLLC, 950 Third Avenue 18th Floor, New York, NY  10022, 212-603-9100, jmerson@mersonlaw.com | ☒ YES  ☐ NO | |
| ☐ | Name: JANE DOE 3<br><br>Role(s): Plaintiff/Petitioner | Jordan Merson, Merson Law, PLLC, 950 Third Avenue 18th Floor, New York, NY  10022, 212-603-9100, jmerson@mersonlaw.com | ☒ YES  ☐ NO | |
| ☐ | Name: JANE DOE 4<br><br>Role(s): Plaintiff/Petitioner | Jordan Merson, Merson Law, PLLC, 950 Third Avenue 18th Floor, New York, NY  10022, 212-603-9100, jmerson@mersonlaw.com | ☒ YES  ☐ NO | |
| ☐ | Name: and JANE DOE 5<br><br>Role(s): Plaintiff/Petitioner | Jordan Merson, Merson Law, PLLC, 950 Third Avenue 18th Floor, New York, NY  10022, 212-603-9100, jmerson@mersonlaw.com | ☒ YES  ☐ NO | |
| ☒ | Name: FEKKAI, FEDERIC<br><br>Role(s): Defendant/Respondent | 95 Richmond Hill Road, Greenwich, CT  06831 | ☐ YES  ☒ NO | |
| ☒ | Name: FREDERIC FEKKAI & CO, LLC,<br>Role(s): Defendant/Respondent | 28 Liberty Street, New York , NY  10005 | ☐ YES  ☒ NO | |
| ☒ | Name: FREDERIC FEKKAI NEW YORK, LLC<br>Role(s): Defendant/Respondent | 28 Liberty Street, New York , NY  10005 | ☐ YES  ☒ NO | |
| ☒ | Name: FREDERIC FEKKAI NY II, LLC<br><br>Role(s): Defendant/Respondent | 28 Liberty Street, New York , NY  10005 | ☐ YES  ☒ NO | |
| ☒ | Name: FREDERIC FEKKAI (MARK NY), LLC<br>Role(s): Defendant/Respondent | 28 Liberty Street, New York , NY  10005 | ☐ YES  ☒ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated:  05/27/2026

Jordan Merson
Signature

4399796
Attorney Registration Number

Jordan Merson
Print Name

*This form was generated by NYSCEF*

# Doc. No. 5: ADDENDUM - GENERAL (840A)

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme COURT, COUNTY OF New York

**Index No:**

**For use when additional space is needed to provide party or related case information.**

**PARTIES:**   For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties<br><br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br><br>For represented parties, provide attorney's name, firm name, address, phone and email.  For unrepresented parties, provide party's address, phone and email. | Issue Joined<br><br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br><br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☒ | Name: and FEKKAI RETAIL, LLC<br><br>Role(s): Defendant/Respondent | 28 Liberty Street, New York , NY  10005 | ☐ YES   ☒ NO | |

**RELATED CASES:**   List any related actions. For Matrimonial actions, include any related criminal and/or Famiy Court cases.

*This form was generated by NYSCEF*

1 of 1

# Doc. No. 6: ORDER TO SHOW CAUSE (Motion#001)

At I.A.S. Part ___36___ of the Supreme Court of the State of New York, County of New York, held at the Courthouse located at ~~60 7/~~ ~~Centre~~ Thomas St, New York, NY 10007, on the ___29___ day of ___May___ 2026.

## HON. VERNA L. SAUNDERS
### J.S.C.

PRESENT: HON. _____
Justice of the Supreme Court

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
------------------------------------------------------------X

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE
DOE 4, and JANE DOE 5,

      *Plaintiffs,*

   -against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO,
LLC, FREDERIC FEKKAI NEW YORK, LLC,
FREDERIC FEKKAI NY II, LLC, FREDERIC
FEKKAI (MARK NY), LLC, and FEKKAI RETAIL,
LLC,

      *Defendants.*

-------------------------------------------------------------X

156687

Index No. _____/2026

**ORDER TO SHOW CAUSE**

MS # 1 - Amend Caption

UPON reading the Summons with Notice/Summons and Complaint in this action, dated ___May 27___, 2026, the Affidavit/Affirmation in Support of **JENNIFER C. PLOTKIN, ESQ.** of **MERSON LAW, PLLC**'s motion to assign an index number to this matter with the above caption to the parties and their respective counsel.

LET the Plaintiffs **SHOW CAUSE** before this Court, at IAS Part ___36___ of the Supreme Court of the State of New York, County of New York, at the Courthouse located at ~~60 Centre~~ 71 Thomas Street, New York, NY 10007, on the ___15th___ the day of ___July___, 2026, at 10:00 AM VIA MICROSOFT TEAMS

a.m./ ., or as soon as counsel may be hard, why an Order should not be entered in this proceeding:

That the County Clerk enter the above-entitled proceeding in the current minute books and indices of actions and proceedings maintained in his office under the title of "JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5 v. FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC", and it is

ORDERED that, pending the hearing of this motion BEFORE THE JUSTICE TO BE ASSIGNED, the Clerk of this Court, upon payment of the proper fees, is hereby directed to assign an index number to this proceeding, and to accept for filing a Request for Judicial Intervention ("RJI"), bearing the following caption, namely:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE
DOE 4, and JANE DOE 5,

                                    Plaintiffs,

              -against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO,
LLC, FREDERIC FEKKAI NEW YORK, LLC,
FREDERIC FEKKAI NY II, LLC, FREDERIC
FEKKAI (MARK NY), LLC, and FEKKAI RETAIL,
LLC,

                                    Defendants.
-------------------------------------------------------------------X

and it is further

MAY 27 2026

5/27/06

J.S.C.

HON. ANDREA MASLEY

**ORDERED** that, personal service of a copy of this Order to Show Cause together with the

papers upon which it is based and the ⁻  'Summons and Complaint be served

upon _all defendants_ on or before the _9th_ day of

_June_ , 2026.

ENTER:

_____

J.S.C.

HON. VERNA L. SAUNDERS

J.S.C.

# Doc. No. 7: ORDER TO SHOW CAUSE (Motion#001)

At I.A.S. Part ___36___ of the Supreme Court of the State of New York, County of New York, held at the Courthouse located at ~~60 7/~~ ~~Centre~~ *Thomas* St, New York, NY 10007, on the ___29___ day of ___May___ 2026.

## HON. VERNA L. SAUNDERS
### J.S.C.

PRESENT: HON. _____

Justice of the Supreme Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE
DOE 4, and JANE DOE 5,

         *Plaintiffs,*

    -against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO,
LLC, FREDERIC FEKKAI NEW YORK, LLC,
FREDERIC FEKKAI NY II, LLC, FREDERIC
FEKKAI (MARK NY), LLC, and FEKKAI RETAIL,
LLC,

         *Defendants.*

-------------------------------------------------------------------X

156687

Index No. ____/2026

**ORDER TO SHOW CAUSE**

MS # 1- Amend Caption

UPON reading the Summons with Notice/Summons and Complaint in this action, dated ___May 27___, 2026, the Affidavit/Affirmation in Support of JENNIFER C. PLOTKIN, ESQ. of MERSON LAW, PLLC's motion to assign an index number to this matter with the above caption to the parties and their respective counsel.

LET the Plaintiffs SHOW CAUSE before this Court, at IAS Part ___36___ of the Supreme Court of the State of New York, County of New York, at the Courthouse located at ~~60 Centre~~ 71 Thomas VIA MICROSOFT TEAMS Street, New York, NY 10007, on the ___15th___ the day of ___July___, 2026, at 10:00 AM

a.m./  ., or as soon as counsel may be hard, why an Order should not be entered in this proceeding:

That the County Clerk enter the above-entitled proceeding in the current minute books and indices of actions and proceedings maintained in his office under the title of "**JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5 v. FREDERIC FEKKAI, FREDERIC FEKKAI & CO, LLC, FREDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC**", and it is

ORDERED that, pending the hearing of this motion BEFORE THE JUSTICE TO BE ASSIGNED, the Clerk of this Court, upon payment of the proper fees, is hereby directed to assign an index number to this proceeding, and to accept for filing a Request for Judicial Intervention ("RJI"), bearing the following caption, namely:

MAY 27 2026

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------------------------------------X
JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE
DOE 4, and JANE DOE 5,

*Plaintiffs,*

-against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO,
LLC, FREDERIC FEKKAI NEW YORK, LLC,
FREDERIC FEKKAI NY II, LLC, FREDERIC
FEKKAI (MARK NY), LLC, and FEKKAI RETAIL,
LLC,

*Defendants.*
-------------------------------------------------------------------X

5/27/26

J.S.L.

HON. ANDREA MASLEY

and it is further

INDEX NO. 156687/2026

NYSCEF DOC. NO. 7

RECEIVED NYSCEF: 05/29/2026

**ORDERED** that, personal service of a copy of this Order to Show Cause together with the papers upon which it is based and the ʼSummons and Complaint be served upon _____all defendants_____ on or before the ___9th___ day of _June_____, 2026.

ENTER:

_____
J.S.C.

HON. VERNA L. SAUNDERS
J.S.C.