**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,<br><br>*Plaintiffs*,<br><br>v.<br><br>FREDERIC FEKKAI, FREDERIC FEKKAI & CO, L.L.C, FERDERIC FEKKAI NEW YORK, LLC, FREDERIC FEKKAI NY II, LLC, FREDERIC FEKKAI (MARK NY), LLC, and FEKKAI RETAIL, LLC,<br><br>*Defendants*. | Case No.: 1:26-cv-04717-LJL<br><br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(A)(1)(A)(i)**

**PLEASE TAKE NOTICE**, pursuant to Federal Rules of Civil Procedure 41 (4)(a)(1)(A)(i), Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5 and their counsel, hereby give notice that the above-caption action is voluntarily dismissed, without prejudice against the defendants.

Dated: New York, New York
          June 10, 2026

                                        **MERSON LAW, PLLC**

                              By:   */s/ Jennifer C. Plotkin*
                                        Jennifer C. Plotkin, Esq.
                                        *Attorneys for Plaintiffs*
                                        Merson Law, PLLC
                                        950 Third Avenue, 18th Floor
                                        New York, New York 10022

1

Telephone: (212) 603-9100
Facsimile: (347) 441- 4171
jplotkin@mersonlaw.com